IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 4:07CR3079 |
| v. | ) | |
| | ) | |
| FRANCISCO GALVAN-VALDEZ, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

The motion of defendant Galvan-Valdez for extension of deadline to file pretrial motions, filing 22, is granted, and the deadline is extended to August 10, 2007.

DATED this 30th day of July, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge