```
                    IN THE UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )
                                )           4:07CR3079
      v.                        )
                                )
FRANCISCO GALVAN-VALDEZ,        )
                                )              ORDER
            Defendant.          )
                                )
```

IT IS ORDERED:

The motion of defendant Francisco Galvan-Valdez for time, filing 27, is denied as moot. See order of September 26, 2007, filing number 36. The matter of deadlines for filing pretrial motions will be addressed upon the resolution of the co-defendant's psychological evaluation.

DATED this 28th day of September, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge