```
           IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3079 |
| | ) | |
| v. | ) | |
| | ) | |
| FRANCISCO GALVAN-VALDEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The court has been informed of the passing of defendant's attorney. The court has also been informed that defendant's previous CJA attorney, Korey L. Reiman, is willing to accept re-appointment.

IT THEREFORE HEREBY IS ORDERED,

The Federal Public Defender for the District of Nebraska shall provide the court with a draft appointment order (CJA Form 20) for the re-appointment of Korey L. Reiman to represent the defendant.

DATED this 15th day of May, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge