IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -v- | ) | Case Number:4:07CR3079 |
| | ) | |
| | ) | |
| FRANCISCO GALVAN-VALDEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on defendant's motion to file request to deviate out of time. (Filing 124). The United States Attorney is not opposed to allowing Defendant to file this motion out of time, although does object to a deviation request on its merits.

IT IS THEREFORE ORDERED:

1. The motion for an enlargement of time to file sentencing objections / requests for deviation by defendant Galvan-Valdez, (filing 124), is granted.

2. The motion to deviate (filing 125) will be resolved at sentencing.

Dated this 8th day of January, 2009.

BY THE COURT:

s/ *Richard Kopf*
United States District Court Judge